UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Humberto Jimenez Garcia,

                          Petitioner,

         -against-

William JOYCE, in his official capacity as
York Field Office Director, Immigration and
Customs Enforcement, U.S. Department of
Homeland Security et al.,

                       Respondents.

26-CV-429 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        The Court is in receipt of the petition for a writ of habeas corpus. Dkt. 1. Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York absent this Court's prior approval. Respondents should respond to the petition on or before **Friday, January 23, 2026** at 5 pm. Petitioner may file a reply on or before **Tuesday, January 27, 2026** at 5 pm. The parties should address in their briefing the applicability of this Court's decision in *J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025).

        SO ORDERED.

Dated: January 16, 2026
        New York, New York

                                         ARUN SUBRAMANIAN
                                    United States District Judge