UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos Humberto Jimenez Garcia,<br><br>      Petitioner,<br><br> -against-<br><br>William JOYCE, in his official capacity as York Field Office Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security et al.,<br><br>      Respondents. | 26-CV-429 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   The Clerk of Court is respectfully directed to enter judgment in favor of petitioner and close this case.

   SO ORDERED.

Dated: March 19, 2026
   New York, New York

                    _____
                      ARUN SUBRAMANIAN
                   United States District Judge