**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Carlos Humberto Jimenez Garcia,

                         Petitioner,

           -against-

William JOYCE, in his official capacity as York
Field Office Director, Immigration and Customs
Enforcement, U.S. Department of Homeland
Security et al.,

                       Respondents.
------------------------------------------------------------X

26 **CIVIL** 429 (AS)

**JUDGMENT**

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 19, 2026, judgment is entered in favor of the petitioner;

accordingly, the case is closed.

**DATED:**  New York, New York
          March 19, 2026

                                  **TAMMI M. HELLWIG**
                               _____
                                     **Clerk of Court**

              **BY:**           K. mango

                                _____
                                     **Deputy Clerk**